CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

2019 JUN 27  AM 10: 13

DEPUTY CLERK_____

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | |
| | § | **CASE NO.  1:19-CR-00017-C-BP** |
| **v.** | § | |
| | § | |
| | § | |
| **CARLOS ARTURO PEREZ-** | § | |
| **CARRILLO (1)** | | |

## REPORT AND RECOMMENDATION ON PLEA
## BEFORE THE UNITED STATES MAGISTRATE JUDGE

This case has been referred by the United States district judge to the undersigned for the

taking of a guilty plea. The parties have consented to appear before a United States magistrate

judge for these purposes. This Report and Recommendation on Plea is submitted to the court

under 28 U.S.C. § 636(b)(3).

The defendant appeared with counsel before the undersigned United States magistrate

judge who addressed the defendant personally in open court and informed the defendant of, and

determined that the defendant understood, the admonitions contained in Rule 11 of the Federal

Rules of Criminal Procedure.

The defendant pled guilty (under a plea bargain agreement with the government) to

Count One of the one-count Indictment charging defendant with a violation of 8 U.S.C. § 1326,

and 6 U.S.C. §§ 202(3), 202(4) and 557, Illegal Re-entry After Deportation.  The undersigned

magistrate judge finds the following:

 1.  The defendant, upon advice of counsel, has consented orally and in writing to enter
 this guilty plea before a magistrate judge subject to final approval and sentencing by the
 presiding district judge;

 2.  The defendant fully understands the nature of the charges (including each essential
 element of the offense(s) charged and penalties;

3. The defendant fully understands the terms of the plea agreement and plea agreement supplement;

4. The defendant understands all constitutional and statutory rights and wishes to waive these rights, including the right to a trial by jury and the right to appear before a United States district judge;

5. The defendant's plea is made freely and voluntarily;

6. The defendant is competent to enter this plea of guilty;

7. There is a factual basis for this plea; and

8. The ends of justice are served by acceptance of the defendant's plea of guilty.

Although I have conducted these proceedings and accepted the defendant's plea of guilty, the United States district judge has the power to review my actions and possesses final decision-making authority in this proceeding. Thus, if the defendant has any objections to these findings or any other action of the undersigned, he is required to make those known to the United States district judge within fourteen (14) days of today.

Based on the above, I recommend that the defendant's plea of guilty be accepted, that the defendant be adjudged guilty, and that sentence be imposed accordingly.

The Clerk will furnish a copy of this Order to each of attorney of record.

Signed on: Wednesday, June 26, 2019

HAL R. RAY, JR.
United States Magistrate Judge